# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 3:94-CR-139 |
| v. | : | (JUDGE MANNION) |
| **RODNEY PRESSLER,** | : | |
| Petitioner | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**1**. Petitioner Pressler's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 23)**, is **DISMISSED AS UNTIMELY**.[1]

**2**. A certificate of appealability will **NOT ISSUE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 29, 2019**
94-139-01-Order.wpd

---

[1] Pressler's §2255 motion is dismissed without prejudice as the court specified in its Memorandum.